**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ACRON 2 PORSCHE DRIVE MEZZCO LLC,**<br><br>Debtor. | Case No:<br><br>**25-61529-LRC**<br><br>Chapter 7 |
| **CAI OVERLAND LENDER, LLC,**<br><br>Movant,<br><br>v.<br><br>**ACRON 2 PORSCHE DRIVE MEZZCO LLC and S. GREGORY HAYS as Chapter 7 Trustee,**<br><br>Respondents. | **CONTESTED MATTER** |

**DECLARATION OF PATRICK ARANGIO**
**IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

I, Patrick Arangio, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Vice Chairman at CBRE Capital Markets, Inc. ("**CBRE**")—a worldwide commercial real estate services & investment company with clients in more than 100 countries. I am familiar with the marketing campaign CBRE ran with respect to the Equity Collateral.[1]

2. Except as otherwise stated herein, all facts stated herein are based on my personal knowledge.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Motion.

107095038.2

3. I submit this declaration in support of the *Motion for Relief from Stay* (the "**Motion**") filed contemporaneously herewith by the Lender.

4. On April 7, 2025, Lender engaged CBRE as its exclusive brokerage advisor in connection with the pending foreclosure sale.

5. On May 19, 2025, CBRE initiated a comprehensive marketing campaign for the Equity Collateral by distributing the Sale Notice via national email campaign to its proprietary database.

6. On May 21, 2025, the first print ad of the Sale Notice was published in the Wall Street Journal, commencing marketing to the public markets.

7. On May 28, 2025, CBRE's secure online data room containing the due diligence for the UCC foreclosure sale was opened to prospective bidders that had executed an acceptable confidentiality and non-disclosure agreement (the "**NDA**").

8. CBRE continued to market the Equity Collateral for approximately 100 days until the hearing on the TRO Motion and resumed its marketing efforts following the Texas Court's entry of its order denying the TRO Motion.

9. In total, the foreclosure sale was publicly noticed and advertised with 17 print publications. More specifically:

    a. seven advertisements were run in the Wall Street Journal on May 21, 2025; June 11, 2025; June 14, 2025; July 2, 2025; July 16, 2025; July 30, 2025; and September 17, 2025;

    b. an advertisement was run in the Real Estate Alert on June 17, 2025;

    c. an advertisement was run in the New York Times on June 22, 2025;

    d. an advertisement was run in the June edition of Hotel Business;

2

  e.  two advertisements were run in the Commercial Mortgage alert on June 6, 2025 and July 11, 2025; and

  f.  five advertisements were run in the Atlanta Journal-Constitution on May 29, 2025; June 12, 2025; July 21, 2025; August 11, 2025; and September 25, 2025.

  10. Additionally, CBRE disseminated multiple email sale announcements and reminders of this auction opportunity to its proprietary investor list that includes over 7,500 individuals or entities that operate in a space relative to the collateral being sold, with sale notices being distributed to this list 8 times.

  11. CBRE summarized the results of this comprehensive marketing campaign in its Marketing Status Report (Updated September 30, 2025) (the "**Status Report**"), dated as of September 30, 2025.

  12. The Status Report reflects that, as of September 30, 2025: (i) 73 acceptable NDAs had been received, (ii) 46 investor groups had accessed the secure data room, and (iii) 40 investor groups downloaded materials from the data room; however, "[n]o investor group has submitted eligible Bidder Qualification Materials for CBRE or Secured Party's review as of the date of this status report." A copy of the CBRE Marketing Status Report is attached hereto as <u>Exhibit A</u>.

  Executed this 13th day of November, 2025.

                _____
                 Patrick Arangio

# **EXHIBIT A**

(Status Report)

107095038.2



*Privileged & Confidential*

# UCC Foreclosure Sale

SECURED BY THE EQUITY INTERESTS OF

## ACRON 2 PORSCHE DRIVE MEZZCO LLC

Updated September 30, 2025

MARKETING STATUS REPORT

**CBRE** National Loan & UCC Sale Advisors



# STATUS REPORT

**KIMPTON OVERLAND HOTEL ATLANTA AIRPORT**

*Prepared for:*



*Prepared by:*

CBRE National Loan & UCC Sale Advisors

Updated September 30, 2025

## Table of Contents

**I. SUMMARY**                                                                      **PAGE**

    A.   Introduction                                                         3 - 4
    B.   Auction Details - Venue                                          4
    C.   Auction Schedule                                                  5 - 6


**II. MARKETING STATUS**

    A.   Campaign Statistics                                               7
    B.   Investor Summary                                                  8



## I.  INTRODUCTION

CBRE's National Loan & UCC Sale Advisors ("CBRE" or the "Team") has prepared this status report to summarize the marketing progress in the UCC Sale of Kimpton Overland Hotel Atlanta Airport. This sale is being conducted on behalf of CAI Overland Lender, LLC (the "Secured Party").

*CBRE Marketing Program Initiated:*    May 19, 2025

*CBRE Marketing Program Reinitiated:*    September 16, 2025

*Total Confidentiality Agreements Received to Date:*    76 Executed / 73 Acceptable

### UCC SALE PREPARATION

CBRE and UCC Counsel finalized the following key UCC Legal and Marketing Deliverables with Secured Party's approval:

1. Borrower Statutory Notice / Notice of Disposition of Collateral
2. Investor Confidentiality Agreement
3. Public Sale Notice
4. Terms of Sale - replaced with the "Third Amended & Restated Terms of Sale" to adjourn auction date
5. Sale Announcement
6. Marketing Budget & Timeline
7. Project Tracker

### UCC MARKETING PROGRAM INITIATED

On May 19, 2025, CBRE formally initiated its external marketing campaign by distributing the Sale Announcement and Confidentiality Agreement to our proprietary list of investors. On May 21, 2025, the Public Sale Notice appeared in the Wall Street Journal as a print ad and included a link (https://tinyurl.com/UCCSaleKimptonATL) for interested investors to execute the Confidentiality Agreement and receive more information on the public UCC sale. Prospective investors have the option to either "click-through" execute the Confidentiality Agreement via an embedded link in the Announcement or submit blackline comments to the Confidentiality Agreement for Secured Party's counsel review. Investors who opt to negotiate their Confidentiality Agreement must execute a form acceptable to Secured Party before obtaining further information on the offering.

On August 26, 2025, CBRE notified existing investors of the UCC Auction postponement and further informed the market of the new UCC Auction Date on September 16, 2025.



**SECURE DATA ROOM & OFFERING MATERIALS DISTRIBUTED**

Once an investor submits an acceptable Confidentiality Agreement, they are issued a unique email invitation to access the CBRE password-protected virtual data room. No investor group is permitted access unless CBRE has a record of an acceptable Confidentiality Agreement on file. Additionally, all user activity in the data room is tracked at the document-level, giving our sales team additional insights on the level of investor engagement and interest throughout the marketing program.

Contents of the secure data room include the UCC Public Sale Notice, Third Amended & Restated Terms of Sale, Certification, Offering Memorandum and a full due diligence file.

**INVESTOR CONFIDENTIALITY AGREEMENTS as of September 30, 2025**

| STATUS | # |
| --- | --- |
| Acceptable Confidentiality Agreements: | 73 |
| Pending Confidentiality Agreement: | 3 |
| Total Confidentiality Agreements Received: | 76 |

## II.    AUCTION DETAILS

**VENUE DETAILS**

| | |
| --- | --- |
| Day and Date: | Monday, October 6, 2025 |
| Time: | 2:30 P.M. prevailing Central Time |
| Place: | Online via the designated Zoom credentials set forth below: |
| Zoom Meeting URL: | https://bit.ly/AcronUCC |
| Zoom Meeting ID: | 861 4554 5997 |
| Zoom Meeting Password: | 085908 |
| Zoom Meeting Dial-in Number: | +1-646-931-3860 (US) |

(International participants only, follow the below URL to find your local dial-in number) - https://us06web.zoom.us/u/kncNax0Nv



**CURRENT AUCTION SCHEDULE**

Below is the auction schedule with critical dates:

| EVENT | DATE |
| --- | --- |
| Borrower Statutory Notice / Notice of Disposition of Collateral | Friday, May 16, 2025 |
| Formal CBRE Announcement Package with Public Sale Notice | Monday, May 19, 2025 |
| First Print Ad Publication (Wall Street Journal) | Wednesday May 21, 2025 |
| Local CBRE Atlanta Hotel Sales Announcement | Tuesday, May 29, 2025 |
| Notice to Investors regarding Postponement of UCC Auction | Tuesday, August 26, 2025 |
| Revised Notice of Disposition of Collateral to Borrower | Monday, September 15, 2025 |
| CBRE Announcement with Revised Public Sale Notice | Tuesday, September 16, 2025 |
| Qualified Bidder Registration Deadline | Monday, September 29, 2025 |
| UCC Auction Date | Monday, October 6, 2025 |

Below is the full marketing campaign schedule depicting the critical auction dates in line with the scheduled advertising. This calendar has been updated in real time by way of the Project Tracker and shared with Secured Party and UCC Counsel on a regular basis.





## JULY 2025

| MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| 30 | 1 | 2 Wall Street Journal | 3 | 4 Independence Day | 5 |
| 7 CBRE National Sale Announcement | 8 | 9 | 10 | 11 Commercial Mortgage Alert | 12 |
| 14 | 15 CBRE Auction Reminder | 16 Wall Street Journal | 17 | 18 | 19 |
| 21 Atlanta Journal-Constitition | 22 | 23 | 24 Notice to Borrower | 25 CBRE National Sale Announcement | 26 |
| 28 | 29 CBRE Local Sale Announcement | 30 Wall Street Journal | 31 | 1 | 2 |

## AUGUST 2025

| MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 |
| 4 CBRE National Sale Announcement | 5 | 6 | 7 | 8 | 9 |
| 11 Atlanta Journal-Constitition | 12 CBRE Auction Reminder | 13 | 14 | 15 | 16 |
| 18 CBRE Auction Reminder | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 Notice to Investors re UCC Postponement | 27 | 28 | 29 | 30 |

## SEPTEMBER 2025

| MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| 8 | 9 Injuction Hearing | 10 | 11 | 12 | 13 |
| 15 Notice of Disposition of Collateral | 16 CBRE National Sale Announcement (October) | 17 Wall Street Journal | 18 | 19 | 20 |
| 22 CBRE Auction Reminder | 23 | 24 | 25 Atlanta Journal-Constitution | 26 | 27 |
| 29 Bidder Qualification Materials Due | 30 CBRE Auction Reminder | 1 | 2 | 3 | 4 |

## OCTOBER 2025

| MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|
| 29 | 30 | 1 | 2 | 3 | 4 |
| 6 | 7 UCC Auction Date | 8 | 9 | 10 | 11 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 20 | 21 | 22 | 23 | 24 | 25 |
| 27 | 28 | 29 | 30 | 31 | 1 |

## III. MARKETING STATUS

**CAMPAIGN STATISTICS**

The Public Sale Notice has been publicly distributed a total of 25 times as of the date of this status report. CBRE arranged distribution through print/digital advertising, local classifieds and CBRE's national and local investor email list (7,500+). Below is the official run count of all advertising – kindly review the Auction Schedule calendar above for the corresponding dates.

| Periodicals/Vendor | Distribution / Function | Circulation/Issue Type | # of Publications |
|---|---|---|---|
| CBRE National Sale Announcement | National + Local | National + Local Email Blast | 8 |
| Wall Street Journal | National | Wednesday CRE and Saturday (Weekend) | 7 |
| Commercial Mortgage Alert | National | Friday (Weekly) | 2 |
| Real Estate Alert | National | Tuesday (Weekly) | 1 |
| Hotel Business | Industry-Specific | June Edition | 1 |
| Atlanta Journal-Constitution | Local | Daily | 5 |
| New York Times | National | Daily | 1 |

All proofs and affidavits verifying actual publication of the Public Sale Notice have been shared with Secured Party and UCC Counsel via Box and are accessible via the below link:

https://cbre.box.com/s/6uqksv4shdpxro5l3ntcv8yq4a6lpjvg

**Investor Data Room Activity Summary as of September 30, 2025**

| INVESTOR DATA ROOM ACTIVITY | # Groups |
|---|---|
| Total CA's executed / submitted | 73 executed / 76 submitted |
| Total Investor Groups Accessed the Secure Data Room | 46 groups |
| Total Investor Groups Downloaded Materials | 40 groups |

**Investor Qualified Bidder Submissions/Registrations as of September 30, 2025**

No investor group has submitted eligible Bidder Qualification Materials for CBRE or Secured Party's review as of the date of this status report.



**Executed Confidentiality Agreements**

| No. | Company |
|---|---|
| 1 | 1907 Capital |
| 2 | 3VP |
| 3 | AB Moten Corp |
| 4 | Access Point Financial |
| 5 | Alpental Management LLC |
| 6 | ANDINA HOTELS |
| 7 | aspen skiing company llc |
| 8 | Badlands Hotel Capital |
| 9 | Beach Hill Capital |
| 10 | BGO |
| 11 | BlackPearl |
| 12 | Blue Light Capital |
| 13 | C2R Capital |
| 14 | Chazan Lending Services Inc. |
| 15 | Clearview Hotel Capital |
| 16 | Columbia Sussex |
| 17 | Corten Real Estate |
| 18 | Cottonwood Group |
| 19 | CREC Capital |
| 20 | Derby Lane |
| 21 | Diamondrock Hospitality Company |
| 22 | ECapital Management |
| 23 | Elevation Hospitality Partners LLC |
| 24 | F&F Capital Group |
| 25 | Fortress |
| 26 | Fulcrum Hospitality |
| 27 | GF Hotels & Resorts |
| 28 | HBF Holdings LLC |
| 29 | Hempel Properties |
| 30 | Horwath HTL |
| 31 | Humphreys Capital |
| 32 | Insignia LLC |
| 33 | JF Capital Advisors |
| 34 | JMG Capital Properties |
| 35 | JMS Family LP |
| 36 | JRK Acquisitions LLC |
| 37 | KHP Capital Partners |
| 38 | Kushman Hotels Group |
| 39 | Lever Group Inc |
| 40 | Linchris Capital Partners |
| 41 | Lodge Quai |
| 42 | Magna Capital Management |
| 43 | Monarch |
| 44 | Nexera Capital LLC |
| 45 | NHR |
| 46 | Noble Investment Group |
| 47 | North Star |
| 48 | Oaktree Capital Management |

| No. | Company |
|---|---|
| 49 | Owens Realty Capital |
| 50 | Pdk hotel |
| 51 | Peachtree Group |
| 52 | Peak Finance |
| 53 | Ramsfield Hospitality Finance |
| 54 | Range Equity Management L.P. |
| 55 | Real Capital Solutions |
| 56 | SAREG |
| 57 | Sculptor |
| 58 | Secured Debt Investments |
| 59 | Skidbladnir LLC |
| 60 | South Charles Capital Partners, LLC |
| 61 | StepStone Hospitality |
| 62 | The Harp Group |
| 63 | Three Wall Capital |
| 64 | Tight Lines Capital Management, LLC |
| 65 | Triangle Capital Group |
| 66 | Valhalla Fianncial |
| 67 | Valor Hospitality Partners |
| 68 | Whitestone Companies |
| 69 | Willow Street Capital |
| 70 | WNW Capital |
| 71 | Woodbine Development Corporation |
| 72 | Woodmont Lodging LLC |
| 73 | YM Hospitality |
|  |  |
|  |  |
|  |  |
|  |  |

**Entity Validation Pending**

| No. | Company |
|---|---|
| 1 | DEVAN Hospitality |
| 2 | Ares Securities Group, LLC |
| 3 | Royal Indevco Properties Inc. |
| - | Procaccianti Companies (affiliate of current operator) |

