UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

In Re:
Debtor(s)
ACRON 2 Porsche Drive Mezzco LLC
2424 E. 21st Street
Suite 150
Tulsa, OK 74114

Case No.: 25−61529−lrc
Chapter: 7
Judge: Lisa Ritchey Craig

93−3148081

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**12/2/25** at **02:30 PM**
**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 627 912 5502, and Passcode 6497361809, OR call 1 (470) 924−8876**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors, the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated: November 12, 2025

_____
Vania S. Allen
Clerk of Court

Form 424

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 25-61529-lrc |
|---|---|
| ACRON 2 Porsche Drive Mezzco LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 424 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ACRON 2 Porsche Drive Mezzco LLC, 2424 E. 21st Street, Suite 150, Tulsa, OK 74114-1774 |
| 25506392 | + | ACRON (USA) L.P., Attn: Greg Wilson, 2424 E. 21st Street, Suite 150, Tulsa, OK 74114-1774 |
| 25506393 | + | ACRON 2 Porsche Drive, Atlanta, 2424 E. 21st Street, Suite 150, Tulsa, OK 74114-1774 |
| 25506394 | + | ACRON AG, Attn: Greg Wilson, 2424 E. 21st Street, Suite 150, Tulsa, OK 74114-1774 |
| 25506395 | + | CAI Overland Lender, LLC, c/o Civitas Capital Group, 1722 Routh Street, Suite 800, Dallas, TX 75201-2502 |
| 25506399 | + | TH Investment Holdings II, LLC, c/o Procaccianti Companies Inc, 1140 Reservoir Avenue, Cranston, RI 02920-6032 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25506396 | + | Email/Text: brnotices@dor.ga.gov | Nov 12 2025 22:29:00 | Georgia Department of Revenue, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345-3173 |
| 25506398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2025 22:28:00 | Internal Revenue Service, 401 W. Peachtree Street NW, Stop 334-D, Atlanta, GA 30308 |
| 25508774 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 12 2025 22:29:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25506397 | * | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025                     Signature:        /s/Gustava Winters

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 424 | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley Champion | on behalf of Creditor CAI Overland Lender LLC achampion@polsinelli.com  ggodfrey@polsinelli.com |
| J. Robert Williamson | on behalf of Debtor ACRON 2 Porsche Drive Mezzco LLC rwilliamson@swlawfirm.com centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;mlevin@swlawfirm.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 4