**Fill in this information to identify the case:**

Debtor name: **ACRON 2 Porsche Drive Mezzco LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): **25-61529**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address **Georgia Department of Revenue** **2595 Century Parkway NE** **Suite 339** **Atlanta, GA 30345** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** Priority creditor's name and mailing address **Internal Revenue Service** **Centralized Insolvency** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | ACRON 2 Porsche Drive Mezzco LLC | Case number (if known) | 25-61529 |
|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**401 W. Peachtree Street NW**<br>**Stop 334-D**<br>**Atlanta, GA 30308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**ACRON (USA) L.P.**<br>**Attn: Greg Wilson**<br>**2424 E. 21st Street, Suite 150**<br>**Tulsa, OK 74114** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ACRON 2 Porsche Drive, Atlanta**<br>**2424 E. 21st Street**<br>**Suite 150**<br>**Tulsa, OK 74114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,136,960.37 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Intercompany**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**ACRON AG**<br>**Attn: Greg Wilson**<br>**2424 E. 21st Street, Suite 150**<br>**Tulsa, OK 74114** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Baker & Hostettler LLP**<br>**PO Box 70189**<br>**Cleveland, OH 44190-0189** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116,470.83 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Legal Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Seyfarth Shaw LLP**<br>**Attn: Jason J. DeJonker**<br>**233 S. Wacker Dr., Ste. 8000**<br>**Chicago, IL 60606-6448** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $139,215.35 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Legal Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ACRON 2 Porsche Drive Mezzco LLC | Case number (if known) | 25-61529 |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | TH Investment Holdings II, LLC<br>c/o Procaccianti Companies Inc<br>1140 Reservoir Avenue<br>Cranston, RI 02920 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Contribution | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,392,646.55 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. $ | 1,392,646.55 |

<u>Additional Creditors</u>

Baker & Hostetler LLP
P.O. Box 70189
Cleveland, OH 44190-0189

Seyfarth Shaw LLP
Attn: Jason J. DeJonker
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606-6448

Fill in this information to identify the case:

Debtor name: **ACRON 2 Porsche Drive Mezzco LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): **25-61529**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................. $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................ $ 0.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ 16,775,492.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... +$ 1,392,646.55

4. **Total liabilities** .................................................................................
Lines 2 + 3a + 3b   $ 18,168,138.55

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1

Fill in this information to identify the case:

Debtor name  **ACRON 2 Porsche Drive Mezzco LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known) **25-61529**

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11.24.25**      X _____
Signature of individual signing on behalf of debtor

Greg Wilson
Printed name

Authorized Agent
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ACRON 2 PORSCHE DRIVE MEZZCO, ) | CASE NO. 25-61529-LRC |
| LLC, ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing documents via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of the documents and accompanying link to the documents:

1. Amended Schedule E/F
2. Amended Summary of Assets and Liabilities
3. List of Additional Creditors
4. Declaration

to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Ashley Champion**   achampion@polsinelli.com, ggodfrey@polsinelli.com
- **S. Gregory Hays**   ghays@haysconsulting.net, saskue@haysconsulting.net, GA32@ecfcbis.com
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov

This 25th day of November, 2025.

SCROGGINS, WILLIAMSON & RAY, P.C.

4401 Northside Parkway
Suite 230
Atlanta, GA 30327
T:   (404) 893-3880
F:   (404) 893-3886
E:   rwilliamson@swlawfirm.com

/s/ J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214

*Counsel for the Debtor*