UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 25-61529-LRC |
| | : | |
| ACRON 2 PORSCHE DRIVE MEZZCO, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**STATUS REPORT**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") for the bankruptcy estate (the "**Bankruptcy Estate**") of ACRON 2 Porsche Drive Mezzco LLC ("**Debtor**"), and files this *Status Report*, respectfully showing:

1. Debtor initiated the underlying bankruptcy case (the "**Case**" or "**Bankruptcy Case**") by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") on October 6, 2025 (the "**Petition Date**").

2. Trustee was thereafter appointed to serve as the Chapter 7 trustee in this Case.

3. The original Section 341 meeting in this matter was reset due to Debtor's failure to appear, but it was held and concluded on December 3, 2025.

4. On November 13, 2025, CAI Overland Lender LLC ("**CAI**") filed a motion for relief from the automatic stay of Section 362 of the Bankruptcy Code [Doc. No. 7] (the "**Motion**"), which was set for hearing on December 4, 2025 (the "**Hearing**").

5. At the Hearing, the Court, among other things, continued the Hearing and asked Trustee to file a status report regarding his actions in this matter no later January 5, 2026.

6. Trustee files the instant *Status Report* to comply with the instructions of the Court.

7. Trustee is in the process of, among other things: (a) evaluating the finances of the

Debtor and Acron 2 Porsche Drive, Atlanta LLC (the "**Subsidiary**"); (b) evaluating the propriety of voting the membership interest of the Bankruptcy Estate in the Subsidiary to move forward with the proposed sale of the assets of the Subsidiary; and (c) evaluating all potential Chapter 5 claims of the Bankruptcy Estate including, without limitation, potential Chapter 5 claims arising out of and related to the transaction through which CAI purportedly took a secured interest in the interest of the Debtor in the Subsidiary.

8. Trustee's investigation continues.

Respectfully submitted this 5th day of January, 2026.

        ROUNTREE LEITMAN KLEIN & GEER LLC
        *Proposed Attorneys for Trustee*

        By: */s/ Michael J. Bargar*
            Michael J. Bargar
            Georgia Bar No. 645709

        2987 Clairmont Road, Suite 350
        Atlanta, Georgia 30329
        Phone: (404) 410-1220
        Email: mbargar@rlkglaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties with a copy of the foregoing by the court using the CM/ECF system, which will send an electronic e-mail notification to the parties as indicated below:

Eric Barton    ebarton@seyfarth.com, sthornton@seyfarth.com;jsowka@seyfarth.com;kbenjamin@seyfarth.com

Ashley Champion    achampion@polsinelli.com, ggodfrey@polsinelli.com

R. Braden Copeland    braden.copeland@alston.com

Jason Jon Dejonker    jdejonker@seyfarth.com, lcreasap@seyfarth.com

S. Gregory Hays    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com

Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov

J. Robert Williamson    rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;mlevin@swlawfirm.com

This 5th day of January, 2026.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709